IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Gasaway v. Warden FCI Allenwood</u>   :   CIVIL ACTION NO. 1:11-2386
:
Plaintiff:   **Edmon Gasaway**   :   (Judge Jones)

## ORDER

On December 28, 2011, Edmon Gasaway, an inmate currently confined at the Federal Correctional Institute-Ray Brook, Ray Brook, New York, filed the above civil rights complaint without submitting a filing fee or the form required to proceed <u>in forma pauperis</u> in a civil rights case.[1]  By Administrative Order dated December 29, 2011, the Plaintiff was informed that this case would be dismissed without prejudice unless, with thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u>.  The appropriate form was enclosed with the Order. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time within which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court Shall close this file.

<u>s/ John E. Jones III</u>
JOHN E. JONES
United States District Judge

Dated:   February 7, 2012

---

[1] Although an authorization form was filed with the complaint, the plaintiff failed to file an application to proceed <u>in forma pauperis</u>.